**SHAKED LAW GROUP, P.C.**
ATTORNEYS-AT-LAW
14 HARWOOD COURT, SUITE 415
SCARSDALE, NEW YORK 10583

_____

TEL.  (917) 373-9128
ShakedLawGroup@Gmail.com

October 16, 2023

Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

Re:    **Linda Slade, et al. v. Rallybrands LLC**
**Case No. 23-cv-4312-AS**
**Request for Extension of Time to Dismiss Action**

Dear Judge Subramanian:

The undersigned represents Linda Slade, the Plaintiff in the above-referenced action.  On September 15, 2023, Your Honor issued an Order dismissing the above-reference case "without prejudice to the right to reopen the action within thirty days of the date of this Order if the settlement is not consummated.

The parties have agreed to a settlement in principle and have just executed the settlement documents. However, the terms of the settlement have yet to be consummated. There are no issues in dispute and the parties request an additional thirty (30) days to file a Stipulation of Dismissal and to fulfill the terms of the agreement. This request is made on consent of all parties.

Thank you for your consideration.

Respectfully Submitted,

*/s/Dan Shaked*_____
Dan Shaked, Esq.

cc: Counsel for Defendant

The motion is denied as unnecessary. This case is closed and the parties do not need to file any further stipulation of dismissal.  The Clerk of Court is directed to terminate the motion at ECF No. 14.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: October 17, 2023